UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER MORROW, individually and
as next friend of his minor child, I.D.,[1]

                          Plaintiff,

          -against-

PAUL HYMOWITZ, PH.D,

                          Defendant.

26-CV-0129 (LTS)

ORDER DIRECTING PAYMENT OF FEE
OR IFP APPLICATION AND SIGNATURE

LAURA TAYLOR SWAIN, Chief United States District Judge:

This action was submitted to the court by email and has been assigned the docket number

listed above. For the reasons set forth below, Court directs Plaintiffs, within 30 days of the date

of this order, to (1) either pay the $405.00 in fees required to bring a civil action or, if Plaintiff is

unable to pay such fees, complete, sign, and submit the attached *in forma pauperis* ("IFP")

application; and (2) sign and submit the attached the attached "Plaintiff's Certification and

Warnings" form.

**A.       Fees**

To proceed with a civil action, a plaintiff must either pay the $405.00 in fees or, to

request authorization to proceed without prepayment of fees, submit a signed IFP application.

*See* 28 U.S.C. §§ 1914, 1915.[2]

---

[1] In the complaint, Plaintiff reveals the full name of his minor child. Under Rule 5.2(a)(3)
of the Federal Rules of Civil Procedure, a court submission must not reveal the full name of a
minor child; it may only refer to the minor child's name by using the child's name's initials. Fed.
R. Civ. P. 5.2(a)(3). In an abundance of caution, the Court has directed the Clerk of Court to
restrict electronic access to the complaint to a "case participant-only" basis.

[2] The $405.00 in fees includes a $350.00 filing fee plus a $55.00 administrative fee.
(Please check the fee schedule on the website for any updates.)

Within 30 days of the date of this order, Plaintiff must either pay the $405.00 in fees or, if Plaintiff is unable to pay such fees, Plaintiff should complete, sign, and submit the attached IFP application. Payment of the fees should be mailed to the following address: United States District Court for the Southern District of New York, Cashiers-Room 260, 500 Pearl Street, New York, NY 10007. Payment of the fees by mail must (1) be made by money order or certified check; (2) be made payable to: Clerk, USDC, SDNY; and (3) include the docket number listed above. Personal checks are not accepted. Payment of the fees also can be made in person at the courthouse by credit card, money order, certified check, or cash.

**B.    Signature**

The complaint that Plaintiff submitted is unsigned. Rule 11(a) of the Federal Rules of Civil Procedure provides that "[e]very pleading, written motion, and other paper must be signed . . . by a party personally if the party is unrepresented." Fed. R. Civ. P. 11(a); *see Becker v. Montgomery*, 532 U.S. 757, 764 (2001) (interpreting Rule 11(a) to require, "as it did in John Hancock's day, a name handwritten (or a mark handplaced)").

Plaintiff is directed to sign and submit the attached the attached "Plaintiff's Certification and Warnings" within 30 days of the date of this order. The signed document must be labeled with docket number 26-CV-0129 (LTS).

If Plaintiff mails the signature page to the court, or files it in person, Plaintiff must comply with Rule 11(a) by signing the document.

If Plaintiff submits the document by email, to ProSe@nysd.uscourts.gov, Plaintiff may use a digital signature or a typed name with /s/ ("/s/ Christopher Morrow") on the signature line. *See* Local Civil Rule 5.2 ("Any document submitted . . . [by email] must be signed by the party in one of the following ways: (a) by signing the document and then scanning it; (b) by using a digital signature; or (c) by typing: "/s/ [Party's Name].").

2

No further action will be taken in this case, and no summons shall issue or answer be required, until the fees are paid or a completed and signed IFP application is received, and the court receives Plaintiff's signature. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office.

If Plaintiff fails to comply with this order within the time allowed, or fails to seek an extension of time to comply, the action will be dismissed without prejudice to refiling.

### CONCLUSION

The Court directs Plaintiffs, within 30 days of the date of this order, to (1) either pay the $405.00 in fees or, if Plaintiff is unable to pay such fees, complete, sign, and submit the attached IFP application; and (2) sign and submit the attached the attached "Plaintiff's Certification and Warnings."

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:    January 12, 2026
          New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

3