UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER MORROW,

                    Plaintiff,

          -against-

PAUL B. HYMOWITZ, PH.D.,

                    Defendant.

26-cv-0129 (LLS)

CIVIL JUDGMENT

For the reasons stated in the March 25, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

 Dated:    March 30, 2026
           New York, New York

                              /s/ Louis L. Stanton
                                 LOUIS L. STANTON
                              United States District Judge